```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
THE TRAVELERS INDEMINITY COMPANY OF       :
AMERICA, INC. and THE TRAVELERS           :
INDEMINITY COMPANY,                       :       20cv1967 (DLC)
                                          :
                    Plaintiffs,           :           ORDER
                                          :
              -v-                         :
                                          :
QUALITY SHEET METAL, INC.,                :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiffs having requested a default judgment on June 18, 2020, it is hereby

ORDERED that the plaintiffs shall serve this Order and the underlying papers on the defendant on or before **June 22, 2020** by certified overnight mail to 828 Whittier Street, Bronx, NY, 10474.

IT IS FURTHER ORDERED that a default judgment hearing will be held at **2:00 pm** on **July 2, 2020**.  Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the hearing will take place by Skype for Business videoconference.  To access the hearing, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/F1QHSCRA.

To use this link, you may need to download software to use

Skype's videoconferencing features.  Participants are directed to test their videoconference setup in advance of the hearing -- including their ability to access the link above.  Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the hearing begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the hearing from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the hearing audio using the following credentials:

Call-in number:     917-933-2166

Conference ID:        78951503

IT IS FURTHER ORDERED that by **Wednesday, July 1, 2020 at 5:00 p.m.**, the parties shall file a letter informing the Court whether they have successfully tested Skype for Business. If the parties are unable to successfully test Skype for Business, the July 2 hearing will proceed as a telephone conference, as opposed to a Skype for Business videoconference. If the hearing proceeds as a telephone conference, the parties shall use the following dial-in credentials, which are also accessible to the press and public:

Dial-in:              888-363-4749

Access code:          4324948

IT IS FURTHER ORDERED that the pretrial conference scheduled for June 26 is adjourned <u>sine die</u>.

SO ORDERED:

Dated:   New York, New York
         June 18, 2020

_____
DENISE COTE
United States District Judge