```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
THE TRAVELERS INDEMINITY COMPANY OF      :
AMERICA, INC. and THE TRAVELERS          :
INDEMINITY COMPANY,                      :      20cv1967 (DLC)
                                         :
                        Plaintiffs,      :      JUDGMENT AND ORDER
                                         :
              -v-                        :
                                         :
QUALITY SHEET METAL, INC.,               :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Plaintiffs filed this action on March 5, 2020.  On March 11, plaintiffs personally served the defendant with a copy of the summons and complaint.  Plaintiffs filed proof of service on March 12.  On May 26, plaintiffs requested a Certificate of Default, and the Clerk of Court noted the defendant's default on the same day.  On June 18, plaintiffs requested an entry of default and judgment against the defendant.  On July 2, this Court held a telephonic hearing considering plaintiffs' application.  To date, the defendant has failed to answer, appear, or otherwise move.  Accordingly, it is hereby

    ORDERED, ADJUDGED, AND DECREED that judgment for plaintiffs is hereby entered against defendant Quality Sheet Metal, Inc. in the amount of $109,084.40, plus 9% prejudgment interest from June 26, 2019 in the amount of $9,683.10, and statutory costs in

the amount of $551.50, for a total judgment of $119,319.00.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

SO ORDERED:

Dated:   New York, New York
         July 2, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge